UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br> CESAR QUINTERO-FELIX;               )<br> JASMIN RUIZ;                        )<br> ARMANDO SANCHEZ;                    )<br> FELIX JAUREGUI;                     )<br> GENARO LUNA;                        )<br> JAMES LAWRENCE HONEYCUTT;           )<br> JESUS AVILA-AVILA;                  )<br> ERIC BROOKS; and                    )<br> AID LUANGRATH, JR.,                 )<br>                                    )<br>            Defendants.             )<br>_____) | CR NO. 07-571-GEB<br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br> ERIC BROOKS, aka Adolfo Quiroz;    )<br> OLIVIA WIMMER, aka Celia Hipolito, )<br>                                    )<br>            Defendants.             )<br>_____) | CR NO. 08-122-EJG |

       Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a), since they are based on the same or similar claims.  Accordingly, the assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

       The parties should be aware that relating the cases under

Local Rule 83-123 merely results in the actions being assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

      IT IS THEREFORE ORDERED that action CR No. 08-122 EJG is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials.

      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

      IT IS SO ORDERED.

Dated: March 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge