UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.   2:08-CR-0122 GEB |
| v. | ) | |
| | ) | |
| OLIVIA WIMMER, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (**X**) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee:        OLIVIA WIMMER
Detained at (custodian):    San Joaquin County Jail
Detainee is:    a.)    (**X**) charged in this district by:  (**X**) Indictment  ( ) Information  ( ) Complaint
                charging detainee with: 21 U.S.C. §§ 846 and 841(a)(1); 21 U.S.C. § 843(b) and 21 U.S.C. § 841(a)(1)
        or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
        or    b.)    (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

Signature:        /s/ Philip A. Ferrari
Printed Name & Phone No:    PHILIP A. FERRARI    (916) 554-2700
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
  (**X**) Ad Prosequendum    ( ) Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  March 26, 2008.

EDMUND F. BRENNAN
United States Magistrate Judge

___

Please provide the following, if known:

AKA(s) (if applicable):    Celia Hipolito            Female  X
Booking or CDC #:    08-00187            DOB:
Facility Address:    999 West Mathews Rd.        Race:  Hispanic
            French Camp, CA 95231        FBI #:
Facility Phone:    (209) 468-4570
Currently Incarcerated For:    HOLD-DETAINER, WARRAN

___

### RETURN OF SERVICE

Executed on _____    By: _____
                        (Signature)