DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
ERIC BROOKS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC BROOKS, ) <br> ) <br> Defendant, ) <br> _____ ) | No. CR-S-08-122 GEB <br><br> STIPULATION AND <br> PROPOSED ORDER <br> CONTINUING STATUS <br> CONFERENCE |

    It is hereby stipulated and agreed to between Eric Brooks and Oliver Wimmer, by and through respective counsel, Dwight M. Samuel and Tom Johnson and United States of America, by and through Phil Ferrari, Assistant United States Attorney, that the status conference presently set for Friday, August 29, 2008, at 9:00 a.m. be vacated and rescheduled for a status conference on Friday, October 3, 2008, at 9:00 a.m.

    Counsel is currently engaged in plea negotiations.

    It is further stipulated that the period from Friday, August 29, 2008, through and including October 3, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: August 27, 2008

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Eric Brooks

Dated: August 27, 2008

/s/ Tom Johnson[1]
TOM JONHSON
Attorney for Defendant, Olive Wimmer

Dated: August 27, 2008

/s/ Phil Ferrari[2]
PHIL FERRARI
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  August 27, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1]Authorized via phone call.

[2]Authorized via phone call.