1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CR. No.08-122-GEB
                                )
12                 Plaintiff,   )    STIPULATION AND ORDER
                                )
13           v.                 )
                                )
14 ERIC BROOKS, and             )
   OLIVIA WIMMER,               )    Date: December 19, 2008
15                              )    Time: 9:00 a.m.
                 Defendants.    )    Hon.  Garland E. Burrell, Jr.
16 _____)

17

18      It is hereby stipulated by and between the United States of

19 America through its attorneys, and defendants Eric Brooks and Olivia

20 Wimmer and their attorneys, that the status conference hearing set

21 for November 14, 2008, be vacated, and a status conference hearing

22 be set for December 19, 2008 at 9:00 a.m.

23      The continuance is being requested because the parties need

24 more time to review discovery, investigate the facts of the case and

25 seek resolution.  Speedy trial time is to be excluded for both

26 defendants in case No. 08-122 GEB from the date of this order

27 through the date of the status conference hearing set for December

28 19, 2008 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time

```
1  to prepare] (Local Code T4).

2  DATED: November 13, 2008          /s/ Philip Ferrari for
                                    TOM JOHNSON, ESQ.
3                                   Attny. for Olivia Wimmer

4
   DATED: November 13, 2008          /s/ Philip Ferrari for
5                                   DWIGHT SAMUEL, ESQ.
                                    Attny. for Eric Brooks
6

7  DATED: November 13, 2008         McGREGOR W. SCOTT
                                    United States Attorney
8

9
                              By: /s/ Philip Ferrari
10                                PHILIP A. FERRARI
                                  Assistant U.S. Attorney
11

12

13     **IT IS SO ORDERED.**

14
   Dated:   November 13, 2008
15

16                                 _____
                                   GARLAND E. BURRELL, JR.
17                                 United States District Judge
```

-2-