McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 08-122 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC BROOKS, and | ) | |
| OLIVIA WIMMER, | ) | Date: February 6, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Eric Brooks and Olivia Wimmer and their attorneys, that the status conference hearing set for December 19, 2008, be vacated, and a status conference hearing be set for February 6, 2009 at 9:00 a.m.

The continuance is being requested because the parties need more time to review discovery, investigate the facts of the case and seek resolution. Speedy trial time is to be excluded for both defendants from the date of this order through the date of the status conference hearing set for February 6, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code

```
1  T4).

2  DATED: December 18, 2008        /s/ Philip Ferrari for
                                   TOM JOHNSON, ESQ.
3                                  Attny. for Olivia Wimmer

4
   DATED: December 18, 2008        /s/ Philip Ferrari for
5                                  DWIGHT SAMUEL, ESQ.
                                   Attny. for Eric Brooks
6

7  DATED: December 18, 2008        McGREGOR W. SCOTT
                                   United States Attorney
8

9
                              By: /s/ Philip Ferrari
10                                 PHILIP A. FERRARI
                                   Assistant U.S. Attorney
11

12

13
   Dated:  December 18, 2008
14

15                                 _____
                                   GARLAND E. BURRELL, JR.
16                                 United States District Judge
```

**IT IS SO ORDERED.**

-2-