LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 08-122 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC BROOKS, and | ) | |
| OLIVIA WIMMER, | ) | Date: March 20, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Eric Brooks and Olivia Wimmer and their attorneys, that the status conference hearing set for February 6, 2009, be vacated, and a status conference hearing be set for March 20, 2009 at 9:00 a.m.

The continuance is being requested because each of the parties is involved in active negotiations directed towards resolution of this case. The parties require more time to seek that resolution, as well as to review and evaluate the evidence in this case. The parties request that speedy trial time be excluded from the date of this order through the date of the status conference hearing set for

1  March 20, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable
2  time to prepare] (Local Code T4).

3  DATED: February 4, 2009          /s/ Philip Ferrari for
                                    TOM JOHNSON, ESQ.
4                                   Attny. for Olivia Wimmer

5
6  DATED: February 4, 2009          /s/ Philip Ferrari for
                                    DWIGHT SAMUEL, ESQ.
7                                   Attny. for Eric Brooks

8  DATED: February 4, 2009          LAWRENCE G. BROWN
                                    United States Attorney
9
10
                                 By: /s/ Philip Ferrari
11                                   PHILIP A. FERRARI
                                    Assistant U.S. Attorney
12

13

14     **IT IS SO ORDERED.**

15 Dated:  February 9, 2009
16
17                                  _____
                                    GARLAND E. BURRELL, JR.
18                                  United States District Judge