```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   CR. No. S 08-122 GEB
                                   )
12              Plaintiff,         )   STIPULATION AND ORDER
                                   )
13       v.                        )
                                   )
14  ERIC BROOKS, and               )
    OLIVIA WIMMER,                 )   Date: May 15, 2009
15                                 )   Time: 9:00 a.m.
                Defendants.        )   Hon. Garland E. Burrell, Jr.
16  _____)
17
```

18       It is hereby stipulated by and between the United States of
19  America through its attorneys, and defendants Eric Brooks and Olivia
20  Wimmer and their attorneys, that the status conference hearing set
21  for March 20, 2009, be vacated, and a status conference hearing be
22  set for May 15, 2009 at 9:00 a.m.
23       The continuance is being requested because each of the parties
24  is involved in continuing negotiations directed towards resolution
25  of this case.  The parties require more time to seek that
26  resolution, as well as to review and evaluate the evidence in this
27  case.  The parties request that speedy trial time be excluded from
28  the date of this order through the date of the status conference

                              -1-

hearing set for May 15, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 19, 2009       /s/ Philip Ferrari for
                            TOM JOHNSON, ESQ.
                            Attny. for Olivia Wimmer


DATED: March 19, 2009       /s/ Philip Ferrari for
                            DWIGHT SAMUEL, ESQ.
                            Attny. for Eric Brooks


DATED: March 19, 2009       LAWRENCE G. BROWN
                            United States Attorney

                        By: /s/ Philip Ferrari
                            PHILIP A. FERRARI
                            Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated:  March 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge