```
 1  E G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CR. No. S 08-122 GEB
                                 )
12              Plaintiff,       )    STIPULATION AND ORDER
                                 )
13        v.                     )
                                 )
14  ERIC BROOKS, and             )
    OLIVIA WIMMER,               )    Date: June 5, 2009
15                               )    Time: 9:00 a.m.
                Defendants.      )    Hon. Garland E. Burrell, Jr.
16  _____)
17
```

18        It is hereby stipulated by and between the United States of
19   America through its attorneys, and defendants Eric Brooks and Olivia
20   Wimmer and their attorneys, that the status conference hearing set
21   for May 15, 2009, be vacated, and a status conference hearing be set
22   for June 5, 2009 at 9:00 a.m.
23        The continuance is being requested because each of the parties
24   is involved in continuing negotiations directed towards resolution
25   of this case.  The parties require more time to seek that
26   resolution, as well as to review and evaluate the evidence in this
27   case.  The parties request that speedy trial time be excluded from
28   the date of this order through the date of the status conference

1  hearing set for June 5, 2009, pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

3  DATED: May 14, 2009          /s/ Philip Ferrari for
4                               TOM JOHNSON, ESQ.
                                 Attny. for Olivia Wimmer

6  DATED: May 14, 2009          /s/ Philip Ferrari for
                                 DWIGHT SAMUEL, ESQ.
7                               Attny. for Eric Brooks

8  DATED: May 14, 2009          LAWRENCE G. BROWN
9                               United States Attorney

10                         By: /s/ Philip Ferrari
11                              PHILIP A. FERRARI
                                Assistant U.S. Attorney

14     **IT IS SO ORDERED.**

15 Dated:  May 14, 2009

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge