```
1  LAWRENCE G. BROWN
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )    CR. No. S 08-122 GEB
                                )
12            Plaintiff,        )    STIPULATION AND ORDER
                                )
13       v.                     )
                                )
14 ERIC BROOKS, and             )
   OLIVIA WIMMER,               )    Date: June 26, 2009
15                              )    Time: 9:00 a.m.
              Defendants.       )    Hon. Garland E. Burrell, Jr.
16 _____)
17
```

18       It is hereby stipulated by and between the United States of
19 America through its attorneys, and defendants Eric Brooks and Olivia
20 Wimmer and their attorneys, that the status conference hearing set
21 for June 5, 2009, be vacated, and a status conference hearing be set
22 for June 26, 2009 at 9:00 a.m.
23       The continuance is being requested because each of the parties
24 is involved in continuing negotiations directed towards resolution
25 of this case.  The parties require more time to seek that
26 resolution, as well as to review and evaluate the evidence in this
27 case.  The parties request that speedy trial time be excluded from
28 the date of this order through the date of the status conference

-1-

hearing set for June 26, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 3, 2009        /s/ Philip Ferrari for
                           TOM JOHNSON, ESQ.
                           Attny. for Olivia Wimmer


DATED: June 3, 2009        /s/ Philip Ferrari for
                           DWIGHT SAMUEL, ESQ.
                           Attny. for Eric Brooks


DATED: June 3, 2009        LAWRENCE G. BROWN
                           United States Attorney

                       By: /s/ Philip Ferrari
                           PHILIP A. FERRARI
                           Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  June 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge