1  LAWRENCE G. BROWN
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S 08-122 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| ERIC BROOKS, and | ) | |
| OLIVIA WIMMER, | ) | Date: September 4, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Eric Brooks and Olivia Wimmer and their attorneys, that the status conference hearing set for July 31, 2009, be vacated, and that a status conference be set for September 4, 2009 at 9:00 a.m.

The continuance is being requested because each of the parties is involved in continuing negotiations directed towards resolution of this case. The parties require more time to seek that resolution, as well as to review and evaluate the evidence in this case. The parties request that speedy trial time be excluded from the date of this order through September 4, 2009, pursuant to 18

1 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code
2 T4).

3 DATED: July 29, 2009          /s/ Philip Ferrari for
                                 TOM JOHNSON, ESQ.
4                                Attny. for Olivia Wimmer

5

6 DATED: July 29, 2009          /s/ Philip Ferrari for
                                 DWIGHT SAMUEL, ESQ.
7                                Attny. for Eric Brooks

8 DATED: July 29, 2009          LAWRENCE G. BROWN
                                 United States Attorney
9

10                          By: /s/ Philip Ferrari
                                 PHILIP A. FERRARI
11                               Assistant U.S. Attorney

14 **IT IS SO ORDERED.**

15 Dated:  August 4, 2009

17 _____
   GARLAND E. BURRELL, JR.
18 United States District Judge