THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Olivia Wimmer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC BROOKS, and<br>OLIVIA WIMMER<br><br>Defendants. | Case No.: 2:08-CR-00122 GEB<br><br>STIPULATION AND ORDER TO<br>CONTINUE HEARING<br><br>Date:   September 4, 2009<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for September 4, 2009 at 9:00 a.m. is continued to September 11, 2009 at 9:00 a.m. in the same courtroom. Philip Ferrari, Assistant United States Attorney, Thomas A. Johnson, Olivia Wimmer's attorney, and Dwight Samuel, Eric Brooks's attorney, are requesting such continuance in order to continue settlement negotiations and review the evidence in this case.

It is further stipulated that the period from the date of this stipulation through and including September 11, 2009, is to be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: September 2, 2009                              /s/ Thomas Johnson
                                                                          THOMAS JOHNSON
                                                                          Attorney for Defendant
                                                                          OLIVIA WIMMER

1  DATE:  September 2, 2009                              /s/  Thomas Johnson for
                                                          DWIGHT SAMUEL
2                                                         Attorney for Defendant
                                                          ERIC BROOKS
3

4  DATE:  September 2, 2009                              LAWRENCE G. BROWN
                                                          United States Attorney
5
                                                  By:     /s/   Thomas Johnson for
6                                                         PHILIP FERRARI
                                                          Assistant U.S. Attorney
7

8     **IT IS SO ORDERED.**

9

10
    DATED: 9/3/09
11

12

13
                                                  _____
14                                                HON. GARLAND E. BURRELL, JR.
                                                  U.S. District Judge