```
 1  DWIGHT M. SAMUEL (CA SB# 054486)
    A Professional Corporation
 2  117 J Street, Suite 202
    Sacramento, California 95814-2282
 3  916-447-1193

 4  Attorney for Defendant
    ERIC BROOKS
 5
```

**FILED**

AUG 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>               Plaintiff,    )<br>                              )<br>    v.                        )<br>                              )<br> ERIC BROOKS,                  )<br>                              )<br>               Defendant,     )<br>_____) | No. CR-S-08-122 GEB<br><br>DEFENDANT'S APPLICATION AND ORDER TO SEAL DEFENDANTS' EXHIBIT IN SUPPORT OF COUNSEL'S MOTION TO BE RELIEVED AS ATTORNEY OF RECORD<br><br>Hearing:<br>Date: August 6, 2010<br>Time: 9:00 AM<br>Hon. Garland E. Burrell |

DWIGHT M. SAMUEL, attorney of record for ERIC BROOKS, defendant herein, hereby applies for an order to seal DWIGHT M. SAMUEL's Exhibits A and B in support of his motion to be relieved as attorney of record. This application is made because the exhibit sought to be sealed contains confidential and identifying information and would be in violation of the attorney's obligation of confidentiality. A hard copy of the defendant's exhibit will be provided to government counsel.

Respectfully submitted,

Dated: July 27, 2010

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Bismark Ocampo

## ORDER

For the reasons stated in the application set forth above, the Court hereby orders defendant's Exhibits A and B in support of their motion to be relieved as attorney of record is hereby ordered sealed until further order of the Court.

Date: August 6, 2010

Hon. Garland E. Burrell
U.S. District Judge