IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-cr-00122-GEB |
| v. | ) | ORDER |
| ERIC BROOKS; et al., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00571-GEB |
| Plaintiff, | ) | |
| v. | ) | |
| CESAR QUINTERO-FELIX; et al., | ) | |
| Defendants. | ) | |

The order filed May 23, 2011 concerning Dwight M. Samuel's request for fees under the Criminal Justice Act ("CJA") in the above captioned cases is stayed pending further order from this Court since it incorrectly states the total amount of attorneys fees requested for working on both cases. The total amount requested is $49,621.05 ($30,981.10 in action 2:07-cr-00571-GEB and $18,639.95 in action 2:08-cr-00122-GEB). I have decided that further analysis is required.

Dated:  May 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1