HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OLIVIA WIMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLIVIA WIMMER,<br><br>　　　　Defendant. | No.  Cr. 08-122 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, JR. |

Defendant, OLIVIA WIMMER, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　2.　　On October 15, 2010, this Court sentenced Ms. Wimmer to a term of 102 months imprisonment;

　　3.　　Her total offense level was 35, her criminal history category was II, and the applicable guideline range was 188 to 235 months, and she received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Ms. Wimmer was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Ms. Wimmer's total offense level has been reduced from 35 to 33, and her amended guideline range is 151 to 188 months. A reduction comparable to the one received at initial sentencing would produce a term of 81 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Wimmer's term of imprisonment to a total term of 81 months.

Respectfully submitted,

Dated: March 5, 2015                                Dated: March 5, 2015

BENJAMIN B. WAGNER                                  HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ Jason Hitt                                      /s/ David M. Porter
JASON HITT                                          DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA                            OLIVIA WIMMER

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Wimmer is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months. A reduction comparable to the one received at the initial sentencing would produce a term of 81 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2010 is reduced to a term of 81 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

1 | reduction in sentence, and shall serve certified copies of the amended judgment on the United
2 | States Bureau of Prisons and the United States Probation Office.
3 |     Unless otherwise ordered, Ms. Wimmer shall report to the United States Probation Office
4 | within seventy-two hours after her release.
5 | Dated: March 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge