AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)            Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:08-cr-00122-GEB   Document 109   Filed 03/13/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the

Eastern _____ District of _____ California _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No:   2:08CR00122-02 |
| OLIVIA WIMMER | ) |
| | )  USM No:   17747-097 |
| Date of Original Judgment:        10/15/10 | ) |
| Date of Previous Amended Judgment: | )  David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 102 _____ months **is reduced to** _____ 81  months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/27/2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:    3/12/2015

_____
*Judge's signature*

Effective Date:       11/1/2015                    Garland E. Burrell, Sr., U.S. District  Judge
        *(if different from order date)*                    *Printed name and title*